**Order filed, October 19, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00814-CR
_____

**HENRY JAMES KOHRHAMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1326892**

## ORDER

The reporter's record in this case was due **October 8, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Janet Ragan**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM